UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. PORTER<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br><br>Defendant. | Case No.:  20cv1164-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

This case is related to an earlier case, 20cv399-LAB (AHG), *Porter v. Vietnam Veterans of San Diego*, which Plaintiff Brian Porter filed March 2, 2020, and which was dismissed the action for failure to prosecute and for failure to invoke the Court's jurisdiction.

Porter, who is proceeding *in forma pauperis* ("IFP"), filed his complaint in this case. On July 8, the Court screened and dismissed it pursuant to 28 U.S.C. § 1915(e)(2), giving him leave to amend and identifying problems to correct. The Court's order pointed out that the complaint did not clearly say what Porter is asking the Court to do, who the Defendant or Defendants are, and why the Court would have jurisdiction to do whatever he is asking.  The complaint was dismissed for failure to state a claim, for failure to name a proper Defendant, for failure to

invoke the Court's jurisdiction, and for failure to comply with Fed. R. Civ. P. 8 and 10. *See* § 1915(e)(2); *Chapman*, 631 F.3d at 954.

Porter has now filed his amended complaint, which the Court is again required to screen.  This time, it appears he is attempting to name California's Employment Development Department (EDD) as the defendant, and that he is asking the Court to overrule the EDD's decision regarding his benefits.

The EDD is an agency of the State of California and is immune from suit in federal court. *See Nagahi v. Calif. Employment Development Dept.*, 2009 WL 1089460, at *1 (N.D. Cal., Apr. 20, 2009); *United States v. Cabral*, 2008 WL 4911902, at *3 (E.D. Cal., Nov. 14, 2008). In addition, the Court lacks jurisdiction over his claims. Finally, California has in place an administrative appeals process, providing for appeals from the EDD's decisions.  *See* 22 Cal. Code Regs. tit. 22 §§ 5000, *et seq.* The Court would not intervene in that process, even if it had the power to do so.

This action is **DISMISSED WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED**.

Dated:  August 20, 2020

Honorable Larry Alan Burns
Chief United States District Judge