UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. PORTER<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br><br>Defendant. | Case No.:  20cv1164-LAB (AHG)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

On August 20, 2020, the Court dismissed Plaintiff Brian Porter's first amended complaint without leave to amend.  On September 3, Porter submitted a new document, which the Court accepted for filing. Because the complaint was dismissed without leave to amend, the only reasonable construction of the new document is as a motion for relief from the Court's order of dismissal, under either Rule 59 or 60. On September 10, Porter submitted a second document, which the Court accepted for filing, and construes as a supplement to the September 3 motion for relief.  The new document consists of a letter essentially outlining Porter's case and the emphasizing that the Court should grant him relief. Porter also attached many duplicates of documents he submitted earlier. The Court construes both filings together as Porter's motion.

1  The motion makes claims based on alleged harassment and state court restraining orders. Even if Porter were permitted to amend his complaint to add these new claims, the Court would have no jurisdiction to consider them.

The motion also does not show any basis for relief from the Court's order of dismissal, or for reconsideration of any earlier orders. *See Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993) (setting forth grounds for relief from judgment under Fed. R. Civ. P. 59 and 60(b).)

The motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 23, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge